IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID E. RONEY,

    Plaintiff,

vs.                                       CASE NO. 4:07cv80-SPM/WCS

K.W. CLARK, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 13) dated June 29, 2007. Plaintiff was furnished a copy and he has filed an objection (doc. 14). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.

Plaintiff claims that prison officials are violating his Eighth Amendment right to be free from cruel and unusual punishment by refusing to issue soft shoes to him despite his serious medical need for them. A serious medical need is one that poses a substantial risk of harm if left unattended. Farrow v. West, 320 F.3d 1235, 1243 (11th Cir. 2003).

Plaintiff's allegations, if taken as true, do not show that he has a serious

medical need for soft shoes.  Although Plaintiff's state-issued shoes may make his feet hurt, Plaintiff has been offered corn pads, which he has refused.  The shoes do not cause redness or bruising to Plaintiff's feet.  The refusal to issue soft shoes to Plaintiff does not pose a substantial risk of harm to Plaintiff, and therefore does not constitute a serious medical need.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The report and recommendation (doc. 13) is adopted and incorporated by reference in this order.

2. This case is dismissed with prejudice for failure to state a claim on which relief may be granted.

3. The dismissal is pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), which the clerk shall note on the docket.

DONE AND ORDERED this 17th day of July, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:07cv80-SPM/WCS